IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**Lois D. Mullins,**
          **Plaintiff**

v.                                          Civil Action Number 2:14-v-26300

**Ethicon, Inc.,** *et al.***,**

          **Defendants.**

## MEMORANDUM OPINION AND ORDER

On October 20, 2020, I entered an order directing plaintiff to show cause on or before November 19, 2020, why her case should not be dismissed as to the remaining defendants, Ethicon, Inc. and Johnson & Johnson, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. The Order was sent to the plaintiff at her last known address and posted on the court's website.

Plaintiff failed to respond to the Show Cause Order. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), the court finds that the plaintiff failed to prosecute her case. The court **ORDERS** that the above defendants are dismissed without prejudice. There are no remaining defendants in this case and, therefor, the court further **ORDERS** that the case is **DISMISSED** and **STRICKEN** from the court's active docket. All pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and plaintiff at her address.

ENTER: November 20, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE